# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nika Kvirkveliia, | No. CV-26-02956-PHX-AMM |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On June 24, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending this Court deny without prejudice self-represented Petitioner Nika Kvirkveliia's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 16.) The Magistrate Judge notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 6.) Neither party filed an objection, and the time to do so has now passed.[1]

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b),

---

[1] On June 24, 2026, Petitioner filed an untimely reply to Respondents' response indicating *inter alia* that he appealed the Board of Immigration Appeals' denial order. (Doc. 17.) Thereafter, on July 9, 2026, Petitioner filed an Amended § 2241 Petition. (Doc. 18.)

Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed the Magistrate Judge's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED:**

1.  The Report and Recommendation is **ADOPTED.** (Doc. 16.)

2.  Petitioner Nika Kvirkveliia's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DENIED WITHOUT PREJUDICE**. (Doc. 1.)

3.  Respondents shall have until **August 14, 2026** to answer Petitioner's Amended § 2241 Petition. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

4.  Petitioner may file a reply within **10 days** from the date of service of the answer.

5.  This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 3rd day of August, 2026.

Honorable Angela M. Martinez
United States District Judge