**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Nika Kvirkveliia,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-02956-PHX-AMM

**ORDER**

On October 2, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending that Petitioner's Amended Petition be granted in part and denied in part. (Doc. 24.) Judge Bachus notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 18.) Neither party filed an objection, and the time to do so has now passed.[1]

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole

[1] On October 2, 2026, Petitioner filed a Motion for Appointment of Counsel. (Doc. 27.) Because the Court will adopt the R&R and dismiss this matter, Petitioner's Motion for Appointment of Counsel is denied as moot.

or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed Judge Bachus's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. (Doc. 24.)

**IT IS FURTHER ORDERED** that Petitioner's Amended Petition (Doc. 18) is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. The Court **GRANTS** Petitioner's request for a bond hearing and orders that, within **thirty (30) days** of the date of the Petition being granted, Petitioner be afforded a bond hearing before a neutral adjudicator.
2. If Petitioner is released, Respondents may not redetain him during the pendency of his removal proceedings without first providing an individualized bond hearing before a neutral adjudicator.
3. All other forms of relief in the Amended Petition, including an order directing Petitioner's immediate release, are **DENIED**.
4. Respondent Rivas is substituted by Respondent Warden of Otay Mesa Detention Center.
5. Petitioner's "Motion to Consider My Petition in Light of Recently Decided Cases" is deemed a reply in support of the Amended Petition. (Doc. 22.)

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel is **DENIED AS MOOT**. (Doc. 27.)

**IT IS FURTHER ORDERED** that this matter is dismissed. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 22nd day of October, 2026.

Honorable Angela M. Martinez
United States District Judge